# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1680

_____

David Lynch,                                    *
                                                *
            Appellant,                          *
                                                *   Appeal from the United States
      v.                                        *   District Court for the Northern
                                                *   District of Iowa.
Leonard R. Davis, Sheriff of                    *
Buchanan County; Steve Hepke,                   *   **[UNPUBLISHED]**
Captain of Buchanan County Sheriff's            *
Department; Mike Ratchford, Deputy              *
Sheriff for Buchanan County,                    *
                                                *
            Appellees.                          *

_____

Submitted:  October 7, 2004
    Filed:  October 21, 2004

_____

Before WOLLMAN, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

David Lynch (Lynch) appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action involving a high-speed chase. Upon de novo review, see Lawyer v. City of Council Bluffs, 361 F.3d 1099, 1103 (8th Cir. 2004),

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

we conclude the officer-defendants' conduct was objectively reasonable under the circumstances, and thus the defendants did not violate Lynch's Fourth Amendment right to be free from unreasonable searches and seizures, see Cole v. Bone, 993 F.2d 1328, 1332-34 (8th Cir. 1993).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____